# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| JANE GRIFFIN,    *Plaintiff(s)*        v.    LINCARE, INC.,    *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.   1:15-cv-23<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED**  pursuant to the court's Order (Document No. 97) filed May 9, 2017, defendant Lincare, Inc.'s Motion for Judgment as a Matter of Law (Document No. 94) is GRANTED. JUDGMENT is hereby entered for defendant Lincare, Inc., against plaintiff Jane Griffin.

Date:   May 10, 2017

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   5/10/2017

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/Kathleen Korstange*
*Signature of Clerk or Deputy Clerk*